[No. 14572-7-III.   Division Three.   January 9, 1997.]

*In the Matter of the Estate of* VANCE NEIL
ANDERSON, *Decedent.*

N. ANN POWERS, *Respondent*, v. GLEN ALAN ANDERS,
ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Pend
Oreille County, No. 93-4-00033-6, Larry M. Kristianson, J.,
entered December 2, 1994. *Remanded* by unpublished
opinion per Munson, J., concurred in by Schultheis, A.C.J.,
and Thompson, J.

[No. 14624-3-III.   Division Three.   January 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
DEAN DEMARAIS, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 94-8-01384-6, Commissioner Royce
Moe, entered January 10, 1995. *Affirmed* by unpublished
opinion per Munson, J., concurred in by Schultheis, A.C.J.,
and Thompson, J.

[Nos. 14730-4-III; 14754-1-III.   Division Three.   January 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
GABBRYELL ANDRADE, *Appellant.*

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH
JAMES PAIGE, *Appellant.*

Appeals from judgments of the Superior Court for
Spokane County, Nos. 94-8-01391-9, 94-8-01383-8, Robert
H. Whaley, J., entered February 24, 1995. *Affirmed* by un-
published opinion per Schultheis, J., concurred in by
Sweeney, C.J., and Thompson, J.